UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAHOO INC.<br>770 Broadway<br>4th, 5th, 6th and 9th Floors<br>New York, NY 10003-9562<br><br>and<br><br>MICHAEL ISIKOFF<br>Yahoo News<br>c/o Yahoo Inc.<br>770 Broadway<br>4th, 5th, 6th and 9th Floors<br>New York, NY 10003-9562<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, D.C. 20301-1000<br><br>    Defendant. | Civil Action No. 22-1477 |

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, to compel disclosure of agency records sought by the plaintiffs Yahoo Inc, and Michael Isikoff from the defendant Central Intelligence Agency.

## JURISDICTION

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff Yahoo Inc. ("Yahoo") is a global media and tech company, which provides content through, among other sites, Yahoo News, and which is a representative of the news media.

4. Plaintiff Michael Isikoff ("Isikoff") is the Chief Investigative Correspondent for Yahoo News, and is a representative of the news media.

5. Defendant Central Intelligence Agency ("CIA") is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession and/or control of the records requested by the plaintiffs that are the subject of this action.

## COUNT ONE (CIA)

6. The plaintiffs, Yahoo and Isikoff (hereinafter referred to jointly as "the Plaintiffs"), submitted a FOIA request to the CIA on January 24, 2017.

7. By letter dated March 10, 2022, the CIA issued a denial of the FOIA request. The FOIA request was designated as Request No. F-2017-00740.

8. By letter dated April 14, 2022, the Plaintiffs submitted an administrative appeal.

9. No substantive response has been received by the Plaintiffs regarding their administrative appeal. The Plaintiffs have been denied their statutory rights under the FOIA. No further exhaustion of administrative remedies is required.

WHEREFORE, plaintiffs Yahoo Inc. and Michael Isikoff pray that this Court:

(1) Order the defendant federal agency to produce to the plaintiffs copies of all non-exempt records responsive to the plaintiffs' FOIA request;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d);

(3) Expedite this action in every way pursuant to 28 U.S.C. § 1657(a); and

(4) Grant such other relief as the Court may deem just and proper.

Date:   May 25, 2022

Respectfully submitted,

_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs