UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAHOO, INC., et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No. 22-1477 (CKK) |
| | * |
| CENTRAL INTELLIGENCE AGENCY | * |
| | * |
| Defendant. | * |

* * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF CONCESSION**

NOW COME the plaintiffs, Yahoo, Inc. and Michael Isikoff, to notify this Court that they hereby concede the Defendant's Motion for Summary Judgment, see Dkt. #19 (filed January 31, 2024).

Date: March 14, 2024

Respectfully submitted,

/s/ *Bradley P. Moss*
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com
Brad@MarkZaid.com

Attorneys for the Plaintiffs