## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YAHOO, INC., *et al.*,
      Plaintiffs

v.

CENTRAL INTELLIGENCE AGENCY,
      Defendant.

Civil Action No. 22-1477 (CKK)

## ORDER
(March 14, 2024)

In light of Plaintiffs' [21] Notice of Concession, indicating that they "notify this Court that they hereby concede the Defendant's Motion for Summary Judgment," it is, this 14th day of March, 2024,

**ORDERED** Defendant's [19] Motion for Summary Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that this action is dismissed.

**SO ORDERED**.

Date: March 14, 2024

                                      /s/
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge